## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:13-CV-0590-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 12, 2014 |
| | ) | |
| ESP CULINARY PERSONNEL, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 31, 2014, the District Court denied plaintiff's motion #s 12 & 13 for a temporary restraining order and a preliminary injunction (#29).  Apparently, crossing in the mail was plaintiff's emergency motion to immediately implement TRO or alternative (#28) dated July 28, 2014.  This motion (#28) is **DENIED as moot** in light of the Court's order denying plaintiff's motions for injunctive relief (#s 12 & 13).

In its order denying injunctive relief (#29), the District Court further ordered that "no further motions will be entertained during the currently pending stay for mediation."  *Id.*  The mediation conference was rescheduled to December 23, 2014 (#41).  Therefore, plaintiff's motions #42 and #43 concerning discovery of defendants' addresses and service of process are **DENIED without prejudice** and with leave to refile in the event the mediation conference is unsuccessful.

Plaintiff's motion to reset early mediation conference (#44) is **DENIED as moot** because this motion also crossed in the mail with the order resetting early mediation conference for December 23, 2014 (#41).

Defendants' motion for enlargement of time to file report of 90-day stay (#33) is **GRANTED**.

Plaintiff's motions to extend time to file a motion for reconsideration of the District Court's order denying injunctive relief (#s 31, 36, & 46) and plaintiff's motion to accept exhibits A and B (#32) are **GRANTED**.  Plaintiff's motion for reconsideration of order denying injunctive relief (#47) was filed and shall be considered timely.  This motion is fully briefed and the Court will accept no further briefing on this motion.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

BY:  /s/
      Deputy Clerk