# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:13-CV-0590-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 12, 2015 |
| | ) | |
| SGT WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Drugh Waggener or Mary Agnes Boni, who are no longer employees of the Nevada Department of Corrections (#62). However, the Attorney General has filed the last known address of these defendants *under seal* (#63). Plaintiff's motion to effect service on these defendants (#68) is **GRANTED**.

The Clerk shall **ISSUE** summonses for **Drugh Waggener** and **Mary Agnes Boni** and send the same to the U.S. Marshal with the addresses provided under seal (#63). The Clerk shall **SEND** to plaintiff two USM-285 forms. The Clerk shall **SEND** two copies of the amended complaint (#10), two copies of the screening order (#14) and two copies of this order to the U.S. Marshal for service on the defendants. Plaintiff shall have until **Friday, May 29, 2015** to complete the USM-285 service form and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, the above-named defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
Deputy Clerk