## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:13-CV-0590-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 12, 2015 |
| SGT WAGNER, et al., | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motions for discovery (#s 60, 65, 67) are **DENIED**. A discovery plan and scheduling order has not yet been issued in this case. Defendants' motion to strike (#71) is **DENIED.**

Defendants motion to extend time to file a responsive pleading (#70) is **GRANTED**. Defendants shall have to and including **Thursday, May 14, 2015** to file a responsive pleading. Thereafter, a discovery plan and scheduling order shall be issued by the court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:              /s/
       Deputy Clerk