# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:13-CV-0590-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 9, 2015 |
| | ) | |
| SGT WAGNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed plaintiff's motion to strike as a scandalous matter any additional subject matter or declarations outside of original mentioning of motion for summary judgment contents (#126). Defendants filed an opposition (#139), and plaintiff replied (#146). Plaintiff's motion to strike (#126) is without merit and is **DENIED.**

Plaintiff's objection to the District Court (#125), which is combined in the same document with the motion to strike (#126), remains pending for the District Court's review and decision.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk