# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LANCE REBERGER, | ) | 3:13-CV-0590-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 18, 2015 |
| ALL ESP CULINARY PERSONNEL, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On August 17, 2015, plaintiff filed with the court a motion to discover the full names of the four John and Jane Doe defendants named in his complaint, as well as defendant Bowman (#127).  Defendants opposed the motion (#136), and plaintiff replied (#148).  Also on August 17, 2015, plaintiff filed a motion for an extension of time for discovery (#128).  Again, defendants opposed (#137) and plaintiff replied (#147).

Because the court found that defendants are entitled to summary judgments as to all claims raised in this case (#165), plaintiff's motions #s 127/128 are **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
    Deputy Clerk