# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALL ESP CULINARY PERSONNEL, *et al.*,<br><br>　　　　Defendants. | CASE NO.: 3:13-CV-00590-RCJ-VPC<br><br>**ORDER** |

　　　　Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#165[1]) entered on November 18, 2015, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #75) in its entirety.  Plaintiff filed his Objections (ECF #169) on December 3, 2015.

　　　　The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#165) entered on November 18, 2015, should be ADOPTED AND ACCEPTED.

　　　　IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #75) is GRANTED in its entirety.

　　　　IT IS FURTHER ORDERED that Plaintiff's Motion for Court Order for Extra $10 on Prison Copy Machine (ECF #167) and Motion to Extend Time to File Objections (ECF #168) are DENIED as MOOT.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

　　　　IT IS SO ORDERED this 8th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES

---

[1] Refers to court's docket number.