# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | ) |
| Plaintiff, | ) 3:13-cv-00590-RCJ-VPC |
| vs. | ) |
| ALL ESP CULINARY PERSONNEL et al., | ) **ORDER** |
| Defendants. | ) |

On July 22, 2015, the Magistrate Judge entered a minute order granting an extension of time for Defendants to file a reply brief. On November 9, 2015, the Magistrate Judge entered minute orders denying Plaintiff's motion to strike matter from the reply that was not mentioned in Defendants' motion, denying Plaintiff's motion for an extension of time to file a motion to strike Exhibit A to Defendants' motion, and denying Plaintiff's motions for entry of default against Defendant Drugh Waggener and to strike his appearance. Plaintiff has objected to the orders under Rule 72(a). The Court denies the objections. The Magistrate Judge's orders were not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Objections (ECF Nos. 125, 169) are DENIED.

IT IS SO ORDERED.

DATED this 25th day of January, 2016.

_____
ROBERT C. JONES
United States District Judge