UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LANCE REBERGER, | |
|   Plaintiff, | 3:13-cv-00590-RCJ-VPC |
| vs. | |
| ALL ESP CULINARY PERSONNEL et al., | **ORDER** |
|   Defendants. | |

The Court entered summary judgment in favor of Defendant on the recommendation of the Magistrate Judge. Plaintiff has asked the Court to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 173) and the Motion to Strike Responses (ECF No. 178) are DENIED.

IT IS FURTHER ORDERED that the Motions to Extend Time to Object (ECF Nos. 172, 176) and the Motion for Judgment on the Objections (ECF No. 177) are DENIED as moot.

IT IS SO ORDERED.

DATED: This 8th day of March, 2016.

_____
ROBERT C. JONES
United States District Judge